UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **REH COMPANY, LLC,** )<br>)<br>**Petitioner,** )<br>)<br>v. )<br>)<br>**UNITED STATES ENVIRONMENTAL** )<br>**PROTECTION AGENCY,** )<br>)<br>**Respondent.** ) | Case No. 24-1310 |

**PETITIONER REH COMPANY, LLC'S**
**MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Petitioner REH Company, LLC ("REH") respectfully moves the Court for an order dismissing the above-captioned petition for review. Counsel for Respondent U.S. Environmental Protection Agency ("EPA") does not oppose voluntary dismissal of the petition for review. The parties have agreed that each side shall bear its own costs and fees for the above-captioned case.

Accordingly, REH respectfully requests that this Court grant its motion to voluntarily dismiss its petition for review in this case.

Dated: October 28, 2025       Respectfully submitted,

   */s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(800) 404-3970 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

***Counsel for Petitioner***

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A):

    ☒  this motion contains **85 words**, excluding the parts of the brief exempted by Fed. R. App. P. 32(f)

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒  this brief has been prepared in a proportionally spaced typeface using (*state name and version of word processing program*)
    **Microsoft® Word for Microsoft 365 MSO**
    (*state font size and name of type style*)
    **Times New Roman, 14 point font**

Date: October 28, 2025          */s/ Jeffrey R. Holmstead*
                                Jeffrey R. Holmstead

# **CERTIFICATE OF SERVICE**

Pursuant to FRAP Rules 25(b) through (d), I hereby certify that on this 28th day of October, 2025, I electronically filed the foregoing *Petitioner REH Company, LLC's Motion to Voluntarily Dismiss Petition for Review* with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system upon on all ECF-registered counsel.

      /s/ Jeffrey R. Holmstead
Jeffrey R. Holmstead